IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:23-CV-324-D

| | |
|---|---|
| BRYAN J. JOHNS, individually and on behalf of the Morris & Associates, Inc. Employee Stock Ownership Plan, ) ) ) ) Plaintiff, ) ) v. ) ) WILLIAM F. MORRIS, III, et al., ) ) Defendants. ) | **ORDER** |

On June 23, 2023, the court held a hearing on plaintiff's motion for a temporary restraining order. The court considered the record, the governing law, and the arguments of counsel. As discussed in open court, the court DENIES plaintiff's motion for a temporary restraining order [D.E. 4].

SO ORDERED. This 23 day of June, 2023.

JAMES C. DEVER III
United States District Judge