IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| BRYAN J. JOHNS, individually and on behalf of the Morris & Associates, Inc. Employee Stock Ownership Plan,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM F. MORRIS III, DORIS MORRIS, RANDY CLAPSADL, ROBERT F. WARWICK, BRUCE BOWERS, JOHN KIMBER, NED LEARY, ED LEONARD, JOHN SHELL and MORRIS & ASSOCIATES, INC., a North Carolina Corporation,<br><br>Defendants. | Case No. 5:23-CV-00324-D |

## ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE SURREPLY

FOR GOOD CAUSE SHOWN, it is ordered the Plaintiff's Motion for Leave to File Surreply is GRANTED. Plaintiff is ORDERED to file his Sur-Reply of no longer than two pages within 72 hours of this Order.

SO ORDERED. This 30 day of January, 2025.

*/s/ James C. Dever*

JAMES C. DEVER III
United States District Judge